# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HNI CORPORATION, | : | |
| in its capacity as plan administrator | : | No. 1:16-cv-00746 |
| and fiduciary of the HNI Corporation | : | |
| Welfare Benefit Plan, | : | (Judge Kane) |
|     Plaintiff | : | |
| | : | |
|     v. | : | |
| | : | |
| JORDAN HESS, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, this 31st day of January 2017, in accordance with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motion for default judgment (Doc. No. 12) is **GRANTED**;

2. Defendant is **ORDERED** to reimburse Plaintiff the amount of $146,510.89 pursuant to Section 502(a)(3) of ERISA and the terms of the Plan;

3. Defendant is **ORDERED** to pay $5,318.50 in attorney's fees, $1,155.66 in costs, and post-judgment interest calculated from this date pursuant to 28 U.S.C. § 1961(a);

4. Default Judgment is entered in favor of Plaintiff; and

5. The Clerk of Court is directed to close the case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania